UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 14-9968 DMG (FFMx)** | Date | January 13, 2016 |
| Title | *Supreme Food, Inc. vs. Hai Fend Corporation, et al* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE (OSC) WHY A BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT SHOULD NOT BE ESTABLISHED**

The parties are **ORDERED TO SHOW CAUSE** by no later than **January 20, 2016** why the final pretrial conference and trial dates, scheduled for January 26, 2016 and February 23, 2016, respectively, should not be vacated and the parties required to brief cross-motions for summary judgment. The parties shall meet and confer and submit a joint response to this OSC containing their respective positions, including, if applicable, a briefing schedule.

**IT IS SO ORDERED**.