**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPREME FOOD INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HAI FEND CORPORATION, AKA HAI FENG CORPORATION, a New York Corporation, AND DOES 1 TO 10,<br><br>　　　　Defendants. | Case No.: CV 14-9968-DMG (FFMx)<br><br>**JUDGMENT [73]** |

Pursuant to the Court's Order re Plaintiff's Motion for Summary Judgment [Doc. # 49],

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Plaintiff Supreme Food Inc. and against Defendant Hai Fend Corporation (aka Hai Feng Corporation) in the amount of $100,000.00 in statutory damages under 15 U.S.C. § 1117(c).

DATED: May 9, 2017

                                            DOLLY M. GEE
                                            UNITED STATES DISTRICT JUDGE